UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JANE DOE (SF-00004),<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALESFORCE, INC.,<br><br>　　　　　Defendant. | Case No.  26-cv-02172-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 4:26-cv-1531 |

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Jon S. Tigar, to consider whether the case is related to case number 4:26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: April 21, 2026

_____

LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 26-cv-02172-LB