UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. A.,<br><br>      Plaintiff,<br><br>  v.<br><br>SALESFORCE, INC.,<br><br>      Defendant. | Case No. 26-cv-01531-JST<br><br>**ORDER RE: STIPULATIONS TO EXTEND TIME TO RESPOND TO COMPLAINTS**<br><br>Re: ECF No. 30 |
| AND ALL RELATED CASES | Case No. 26-cv-01594-JST<br>Case No. 26-cv-01975-JST<br>Case No. 26-cv-02162-JST<br>Case No. 26-cv-02172-JST<br>Case No. 26-cv-02296-JST<br>Case No. 26-cv-02499-JST |

The parties in the above cases have submitted stipulations to extend time for Defendant to respond to the complaints. "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, . . . provided the change will not alter the date of any event or any deadline already fixed by Court order." Civil L.R. 6-1(a). Accordingly, the parties do not require orders from the Court in response to their stipulations. The Court will take no further action on the parties' stipulations and encourages them to review the Civil Local Rules.

    **IT IS SO ORDERED.**

Dated:  May 21, 2026

_____
JON S. TIGAR
United States District Judge