UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>SALESFORCE INC.,<br><br>        Defendant. | Case No. 26-cv-05319-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to 26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: June 4, 2026

_____

RITA F. LIN
United States District Judge