UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

JANE DOE (SF-00014),

         Plaintiff,

    v.

SALESFORCE, INC.,

         Defendant.

Case No.  26-cv-05294-LB

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 1

Pursuant to Civil Local Rule 3-12(c), the court refers the above-titled case to United States District Judge Jon S. Tigar, to consider whether the case is related to case number 4:26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: June 4, 2026

_____

LAUREL BEELER
United States Magistrate Judge

ORDER ─ No. 26-cv-05294-LB