UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE (SF-00033), et al., | Case No. 26-cv-05416-PHK |
| Plaintiffs, | |
| v. | ***SUA SPONTE* JUDICIAL REFERRAL ORDER** |
| SALESFORCE, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Jon S. Tigar for consideration of whether this case is related to *A.A. v. Salesforce, Inc.*, No. 4:26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: June 5, 2026

PETER H. KANG
United States Magistrate Judge