UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE | Case No. 26-cv-05315-EMC |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| SALESFORCE, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether this case is related to *A.A. v. Salesforce, Inc.,* No 4:26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: June 5, 2026

_____
EDWARD M. CHEN
United States District Judge