UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (SF-00016),<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE INC.,<br><br>Defendant. | Case No.  26-cv-05299-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *A.A. v. Salesforce, Inc.*, 4:26-cv-1531-JST.

**IT IS SO ORDERED.**

Dated: June 4, 2026

TRINA L. THOMPSON
United States District Judge