UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

          Plaintiff,

    v.

SALESFORCE INC., et al.,

          Defendants.

Case No.  26-cv-05306-TLT

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *A.A. v. Salesforce, Inc.,*, 4:26-cv-1531.

**IT IS SO ORDERED.**

Dated: June 16, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California