UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE SF-00023,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE INC., et al.,<br><br>Defendants. | Case No. 26-cv-05322-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *A.A. v. Salesforce, Inc.*, 4:26-cv-1531.

**IT IS SO ORDERED.**

Dated: June 16, 2026

_____
TRINA L. THOMPSON
United States District Judge

United States District Court
Northern District of California