UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

    v.

SALESFORCE INC., et al.,

        Defendants.

Case No.  26-cv-05301-JD

**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

    The Court refers this case to the Honorable Jon S. Tigar to determine whether it is related to *A. v. Salesforce, Inc., 26-cv-01531-JST*.  Civil L.R. 3-12(c).

    **IT IS SO ORDERED.**

Dated: June 16, 2026

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California