UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (SF-00019), | Case No. 26-cv-05314-JD |
| Plaintiff, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| SALESFORCE, INC., | |
| Defendant. | |

The Court refers this case to the Honorable Jon S. Tigar to determine whether it is related to *A. v. Salesforce, Inc., 26-cv-01531-JST*.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: June 16, 2026

JAMES DONATO
United States District Judge

United States District Court
Northern District of California