UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE (SF-00026), | Case No.  26-cv-05304-WHO |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| SALESFORCE, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jon S. Tigar for consideration of whether the case is related to A.A. v. Salesforce, Inc., 4:26-cv-01531-JST.

**IT IS SO ORDERED.**

Dated: June 18, 2026



WILLIAM H. ORRICK
United States District Judge