United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE SF-00028, | Case No. 26-cv-06509-LJC |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| SALESFORCE INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Jon S. Tigar for consideration of whether the case is related to 26-cv-1531-JST.

**IT IS SO ORDERED.**

Dated: June 30, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge