United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. A.,<br><br>    Plaintiff,<br><br>    v.<br><br>SALESFORCE, INC.,<br><br>    Defendant. | Case No. 26-cv-01531-JST<br><br>**ORDER GRANTING TEMPORARY STAY OF PROCEEDINGS**<br><br>Re: ECF No. 50 |
| AND RELATED CASES | Case No. 26-cv-01594-JST<br>Case No. 26-cv-01975-JST<br>Case No. 26-cv-02162-JST<br>Case No. 26-cv-02172-JST<br>Case No. 26-cv-02296-JST<br>Case No. 26-cv-02499-JST<br>Case No. 26-cv-04711-JST<br>Case No. 26-cv-05066-JST<br>Case No. 26-cv-05257-JST<br>Case No. 26-cv-05294-JST<br>Case No. 26-cv-05298-JST<br>Case No. 26-cv-05299-JST<br>Case No. 26-cv-05301-JST<br>Case No. 26-cv-05302-JST<br>Case No. 26-cv-05304-JST<br>Case No. 26-cv-05306-JST<br>Case No. 26-cv-05314-JST<br>Case No. 26-cv-05315-JST<br>Case No. 26-cv-05319-JST<br>Case No. 26-cv-05321-JST<br>Case No. 26-cv-05322-JST<br>Case No. 26-cv-05323-JST<br>Case No. 26-cv-05416-JST |

The parties in the above cases have submitted stipulations regarding a temporary stay of proceedings. The Court approves the stipulated requests and orders the following:

**Temporary Stay.** Each of the cases is temporarily stayed as of the date of this order.

**Duration of Stay.** Unless earlier terminated pursuant to the process set forth below, the

United States District Court
Northern District of California

stay shall automatically expire one year after entry of this order.  Upon expiration of the stay, each action shall automatically return to active status without further order of the Court unless:

(a) the parties stipulate to extend the stay;

(b) the parties stipulate to another form of stay or case management procedure; or

(c) Defendant Salesforce, Inc. obtains a further court order continuing the stay.

If the stay expires under this provision, the parties shall file a joint statement proposing a single case management conference date for all actions for which the stay has expired.

**No Waiver.**  Entry of this order shall not constitute a determination concerning:

(a) the applicability of 18 U.S.C. § 1595(b);

(b) whether any qualifying parallel criminal proceeding exists;

(c) whether any action would interfere with any criminal proceeding; or

(d) whether any continued stay is warranted.

All parties preserve all arguments concerning the propriety, scope, and duration of any stay.

**Parties' Rights to Terminate Stipulated Stay.**  Any party may terminate the stipulated stay in any action at any time, with or without cause, by filing and serving in that action a Notice of Termination of Stipulated Stay ("Notice").

(a) Parties shall not be required to demonstrate changed circumstances or any other predicate to seek termination of the stay.

(b) Upon filing of such Notice, the stipulated stay in that action shall automatically terminate sixty days later unless a party files a motion seeking continuation of the stay, in which case the stay shall remain in effect until the Court rules on the motion.

(c) The party seeking a continuation of the stay shall bear the burden of establishing entitlement to any continued stay.

(d) Upon termination of the stay, all deadlines in that action shall recommence absent further order of the Court.  The parties shall file a joint statement proposing a case management conference date if the Court has not already set one.

/ / /

/ / /

**Preservation of Evidence.** Nothing in this order relieves any party of its obligations to preserve documents, electronically stored information, or other evidence relevant to this litigation.

**IT IS SO ORDERED.**

Dated:  July 1, 2026



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California

3