UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE (SF-00043), et al.,

Plaintiffs,

v.

SALESFORCE, INC., et al.,

Defendants.

Case No. 26-cv-14239-SK

**ORDER OF SUA SPONTE REFERRAL**

Pursuant to Civil Local Rule 3-12(c), the above captioned case is HEREBY REFERRED to Judge Jon S. Tigar to determine whether it is related to *A.A. v. Salesforce, Inc.*, No. 4:26-cv-01531-JST.

**IT IS SO ORDERED**.

Dated: November 24, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California